IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN BRIGGS**                                                                                        **PLAINTIFF**

**VS.**                                 **4:17-CV-00491-BRW**

**DEPARTMENT OF EDUCATION**                                          **DEFENDANT**

## **JUDGMENT**

Based on the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of October, 2018.

                                                         /s/ Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE